_____

No. 95-2186
_____

United States of America,      *
                               *
          Appellee,            *
                               *
     v.                        *   Appeal from the United States
                               *   District Court for the
Ronald Gregory Garcia, also    *   Western District of Missouri.
known as Anthony Degeena, also *
known as Anthony Geena, also   *        [UNPUBLISHED]
known as Vincent Vereli, also  *
known as Eric V. Variel,       *
                               *
          Appellant.           *


_____

          Submitted:  February 7, 1996

            Filed:  March 25, 1996
_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.


     Ronald Gregory Garcia pleaded guilty to aiding and abetting (1) the possession of cocaine with intent to distribute, and (2) the use of a firearm during and in relation to a drug trafficking offense, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B), and 18 U.S.C. §§ 2 and 924(c)(1). While Garcia's appeal was pending, the Supreme Court issued its decision in Bailey v. United States, 116 S. Ct. 501 (1995), defining the "use" prong of § 924(c)(1), and Garcia then filed a supplemental brief arguing that his guilty plea to the firearm count was not voluntary and intelligent because it was based upon the Eighth Circuit's prior, inconsistent construction of § 924(c)(1). Because the government has now conceded that "the gun count should be reversed in this case," we vacate Garcia's guilty plea and remand for further proceedings. We

have not considered and take no position regarding whether the government on remand may amend Count Two of the indictment.

Accordingly, the judgment of the district court is vacated and the case remanded.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.